UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDRA JUNE MATELSKE,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

Case No.  1:12-CV-93

HON. ROBERT HOLMES BELL

**O R D E R**

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Plaintiff Sandra June Matelske's objections (Dkt. No. 18) are **OVERRULED**.

**IT IS FURTHER ORDERED** that the August 5, 2013, Report & Recommendation (Dkt. No. 17) is **APPROVED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Commissioner of Social Security's decision that Plaintiff is not entitled to disability insurance benefits or supplemental security income ("SSI") benefits is **AFFIRMED**.


Dated: August 26, 2013                              /s/ Robert Holmes Bell
                                                                            ROBERT HOLMES BELL
                                                                            UNITED STATES DISTRICT JUDGE