UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDRA JUNE MATELSKE,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____/

Case No.  1:12-CV-93

HON. ROBERT HOLMES BELL

## <u>O R D E R</u>

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Plaintiff Sandra June Matelske's objections (Dkt.

No. 18) are **OVERRULED**.

**IT IS FURTHER ORDERED** that the August 5, 2013, Report & Recommendation

(Dkt. No. 17) is **APPROVED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Commissioner of Social Security's decision

that Plaintiff is not entitled to disability insurance benefits or supplemental security income

("SSI") benefits is **AFFIRMED**.


Dated: <u>August 26, 2013</u>        <u>/s/ Robert Holmes Bell</u>
                               ROBERT HOLMES BELL
                               UNITED STATES DISTRICT JUDGE